UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.F., | No. 1:25-cv-01795-TLN-EFB |
| Petitioner, | |
| v. | **ORDER** |
| SERGIO ALBARRAN, et al., | |
| Respondents. | |

      Petitioner H.F. ("Petitioner") proceeds in this petition for writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 23, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Respondents have filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 23, 2026 are adopted in full.
2. The petition for writ of habeas corpus is GRANTED.  Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining petitioner absent compliance with constitutional protections, including notice and a hearing before a neutral fact-finder where respondents show (a) there are material changed circumstances which demonstrate there is a significant likelihood of petitioner's removal in the reasonably foreseeable future, or (b) clear and convincing evidence shows that petitioner poses a danger to the community or a flight risk. At any such hearing, petitioner shall be allowed to have his counsel present.
3. The Clerk of Court shall enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Date: March 10, 2026

_____
Troy L. Nunley
Chief United States District Judge